



AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware Corporation,

Plaintiff

v.

GABRIEL GARCIA a/k/a GABRIEL GARCIA PALACIOS, an individual, d/b/a GABE'S REPAIR/HOME NETWORKING AND VIDEO GAME MOD SERVICE; TIMOTHY JOEY ZOUCHA, JR., an individual; DOES 1-20 inclusive,

Defendant

Civil Action No.

C08-03954 ADR SI

**Summons in a Civil Action**

To: *(Defendant's name and address)*

TIMOTHY JOEY ZOUCHA, JR.
815 Deland Avenue
San Jose, California 95128

A lawsuit has been filed against you.

Within twenty (20) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James G. Gilliland, Jr. (CSB # 107988)   Jennifer Y. Liu (CSB # 164618)
Timothy R. Cahn (CSB # 162136)           Sony Computer Entertainment America
Holly Gaudreau (CSB # 209114)            Inc.
Townsend and Townsend and Crew           919 East Hillsdale Boulevard, 2nd Floor
LLP                                      Foster City, California 94404
Two Embarcadero Center, 8th Floor        Telephone: 650-655-8000
San Francisco, California 94111
Telephone: 415-576-0200

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

CYNTHIA LENAHAN

Date: AUG 1 9 2008

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , _____ by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____      _____
                                                                                                 Server's signature

                                                    _____
                                                                         Printed name and title

                                                   _____
                                                                             Server's address

American LegalNet, Inc.
www.FormsWorkflow.com