

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware Corporation,
    Plaintiff
v.
GABRIEL GARCIA a/k/a GABRIEL GARCIA PALACIOS, an individual, d/b/a GABE'S REPAIR/HOME NETWORKING AND VIDEO GAME MOD SERVICE; TIMOTHY JOEY ZOUCHA, JR., an individual; DOES 1-20 inclusive,
    Defendant

Civil Action No.

**C08-03954  ADR  SI**

**Summons in a Civil Action**

To: *(Defendant's name and address)*
GABRIEL GARCIA a/k/a GABRIEL GARCIA PALACIOS
d/b/a GABE'S REPAIR/HOME NETWORKING AND VIDEO GAME MOD SERVICE
197 N. Cragmont
San Jose, California 95127

A lawsuit has been filed against you.

    Within twenty (20) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James G. Gilliland, Jr. (CSB # 107988)
Timothy R. Cahn (CSB # 162136)
Holly Gaudreau (CSB # 209114)
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415-576-0200

Jennifer Y. Liu (CSB # 164618)
Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard, 2nd Floor
Foster City, California 94404
Telephone: 650-655-8000

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

**CYNTHIA LENAHAN**

Date: AUG 1 9 2008

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _____
by:

 (1) personally delivering a copy of each to the individual at this place, _____
 _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
 _____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other *(specify)* _____
 _____
 _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____

                     _____
                        Server's signature

                     _____
                        Printed name and title

                     _____
                        Server's address

American LegalNet, Inc.
www.FormsWorkflow.com