1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  jggilliland@townsend.com
   TIMOTHY R. CAHN (State Bar No. 162136)
3  trcahn@townsend.com
   HOLLY GAUDREAU (State Bar No. 209114)
4  hgaudreau@townsend.com
   Two Embarcadero Center, 8th Floor
5  San Francisco, California 94111
   Telephone: (415) 576-0200
6  Facsimile: (415) 576-0300

7  JENNIFER Y. LIU (State Bar No. 164618)
   jennifer_liu@playstation.sony.com
8  SONY COMPUTER ENTERTAINMENT AMERICA INC.
   919 East Hillsdale Boulevard, 2nd Floor
9  Foster City, California 94404
   Telephone: (650) 655-8000
10 Facsimile: (650) 655-8042

11 Attorneys for Plaintiff
   SONY COMPUTER ENTERTAINMENT AMERICA INC.
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16 SONY COMPUTER ENTERTAINMENT          Case No.    C08-03954 SI
   AMERICA INC., a Delaware Corporation,
17                                       RETURN OF SUMMONS AND
                  Plaintiff,             PROOF OF SERVICE OF
18                                       SUMMONS, COMPLAINT AND
        v.                               RELATED DOCUMENTS ON
19                                       DEFENDANTS GABRIEL GARCIA
   GABRIEL GARCIA a/k/a GABRIEL GARCIA   AND TIMOTHY JOEY ZOUCHA,
20 PALACIOS, an individual, d/b/a GABE'S JR.
   REPAIR/HOME NETWORKING AND
21 VIDEO GAME MOD SERVICE; TIMOTHY
   JOEY ZOUCHA, JR., an individual; DOES 1-  Hon. Susan Illston
22 20 inclusive,

23                Defendants.

24

25

26

27

28

ORIGINAL

E-filing

✎ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

SONY COMPUTER ENTERTAINMENT AMERICA
INC., a Delaware Corporation,

              Plaintiff

v.

GABRIEL GARCIA a/k/a GABRIEL GARCIA
PALACIOS, an individual, d/b/a GABE'S
REPAIR/HOME NETWORKING AND VIDEO
GAME MOD SERVICE; TIMOTHY JOEY
ZOUCHA, JR., an individual; DOES 1-20 inclusive,

              Defendant

Civil Action No.

**C08-03954**

ADR

S1

)
)
)
)
)

### Summons in a Civil Action

To: *(Defendant's name and address)*
    GABRIEL GARCIA a/k/a GABRIEL GARCIA PALACIOS
    d/b/a GABE'S REPAIR/HOME NETWORKING AND VIDEO GAME MOD SERVICE
    197 N. Cragmont
    San Jose, California 95127

A lawsuit has been filed against you.

        Within <u>twenty (20)</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James G. Gilliland, Jr. (CSB # 107988)
Timothy R. Cahn (CSB # 162136)
Holly Gaudreau (CSB # 209114)
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415-576-0200

Jennifer Y. Liu (CSB # 164618)
Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard, 2nd Floor
Foster City, California 94404
Telephone: 650-655-8000

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:   AUG 1 9 2008

American LegalNet, Inc.
www.FormsWorkflow.com

✎ AO 440 (Rev. 04/08) Civil Summons

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, Gabriel Garcia
by: aka Gabriel Garcin Palacios

    (1) personally delivering a copy of each to the individual at this place, 197 N. Craymont
_____ San Jose, CA @ 7:52 p.m. _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 8/20/2008 _____

_____
Server's signature

John Mason
_____
Printed name and title

1339 61st Street
_____
Server's address
Emeryville CA 94608

American LegalNet, Inc.
www.FormsWorkflow.com

# ORIGINAL

E-filing

✎ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

ADR

SONY COMPUTER ENTERTAINMENT AMERICA
INC., a Delaware Corporation,

Plaintiff

v.

GABRIEL GARCIA a/k/a GABRIEL GARCIA
PALACIOS, an individual, d/b/a GABE'S
REPAIR/HOME NETWORKING AND VIDEO
GAME MOD SERVICE; TIMOTHY JOEY
ZOUCHA, JR., an individual; DOES 1-20 inclusive,

Defendant

Civil Action No.

C08-03954    SI

)
)
)
)
)

## Summons in a Civil Action

To: *(Defendant's name and address)*

TIMOTHY JOEY ZOUCHA, JR.
815 Deland Avenue
San Jose, California 95128

A lawsuit has been filed against you.

Within twenty (20) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James G. Gilliland, Jr. (CSB # 107988)   Jennifer Y. Liu (CSB # 164618)
Timothy R. Cahn (CSB # 162136)           Sony Computer Entertainment America
Holly Gaudreau (CSB # 209114)            Inc.
Townsend and Townsend and Crew           919 East Hillsdale Boulevard, 2nd Floor
LLP                                      Foster City, California 94404
Two Embarcadero Center, 8th Floor        Telephone: 650-655-8000
San Francisco, California 94111
Telephone: 415-576-0200

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:   AUG 1 9 2008

American LegalNet, Inc.
www.FormsWorkflow.com

✎ AO 440 (Rev. 04/08) Civil Summons

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, Timothy Zoucha Jr.
by:

    (1) personally delivering a copy of each to the individual at this place, 815 Deland Avenue #3
San Jose, CA @ 7:40 p.m. _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date:  8/21/2008 _____

                              John M___
                                   Server's signature

                              John Mason
                                   Printed name and title

                              1339 61st Street
                                   Server's address
                              Emeryville, CA 94608

American LegalNet, Inc.
www.FormsWorkflow.com

1

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

2

3      I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111.  On the date set forth below, I served a true and accurate copy of the document(s) entitled: **RETURN OF SUMMONS AND PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON DEFENDANTS GABRIEL GARCIA AND TIMOTHY JOEY ZOUCHA, JR.** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

4

5

6

7      Carver Clark Farrow, II                     Timothy Joey Zoucha, Jr.
       The Farrow Law Firm, PC                      815 Deland Avenue, #3
       3031 Tisch Way, Suite 500                    San Jose, CA  95128
8      San Jose, CA  95128
       *Attorney for Gabriel Garcia a/k/a Gabriel*
9      *Garcia Palacios*

10

11     ☒      [By First Class Mail]  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

12

13

14     ☐      [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

15

16     ☐      [By Hand]  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

17     ☐      [By Facsimile Transmission]  I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

18

19     ☐      [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

20     I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

21

22

       Dated:  August 27, 2008
23
                                                    Shelley Lott
24

25

26     61480072 v1

27

28

PROOF OF SERVICE                                                              - 1 -
Case No. C08-03954 SI