1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  jggilliland@townsend.com
   TIMOTHY R. CAHN (State Bar No. 162136)
3  trcahn@townsend.com
   HOLLY GAUDREAU (State Bar No. 209114)
4  hgaudreau@townsend.com
   Two Embarcadero Center, 8th Floor
5  San Francisco, California 94111
   Telephone: (415) 576-0200
6  Facsimile: (415) 576-0300

7  JENNIFER Y. LIU (State Bar No. 164618)
   jennifer_liu@playstation.sony.com
8  SONY COMPUTER ENTERTAINMENT AMERICA INC.
   919 East Hillsdale Boulevard, 2nd Floor
9  Foster City, California 94404
   Telephone: (650) 655-8000
10 Facsimile: (650) 655-8042

11 Attorneys for Plaintiff
   SONY COMPUTER ENTERTAINMENT AMERICA INC.
12

13              UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16 SONY COMPUTER ENTERTAINMENT          Case No.   C08-03954 SI
   AMERICA INC., a Delaware Corporation,
17                                       **STIPULATED PRELIMINARY**
                                         **INJUNCTION AND [PROPOSED]**
18            Plaintiff,                 **ORDER**

19       v.

20 GABRIEL GARCIA a/k/a GABRIEL GARCIA   Hon. Susan Illston
   PALACIOS, an individual, d/b/a GABE'S
21 REPAIR/HOME NETWORKING AND
   VIDEO GAME MOD SERVICE; TIMOTHY
22 JOEY ZOUCHA, JR., an individual; DOES 1-
   20 inclusive,

23            Defendants.

24

25

26

27

28

1                           **INTRODUCTION**

2         On August 19, 2008, Plaintiff Sony Computer Entertainment America Inc. ("Plaintiff" or

3 "SCEA")[1] filed with the United States District Court for the Northern District of California (the

4 "Court") a Complaint for Damages and Injunctive Relief against Defendant Timothy Joey Zoucha, Jr.

5 ("Defendant" or "Mr. Zoucha") and others.  The Complaint alleges that Mr. Zoucha, and others, have

6 advertised, including on Craigslist.org, have offered for sale, and have sold services and devices for

7 the modification of PSP® devices to enable the downloading and playing of copied or counterfeit

8 video game software.  The Complaint further alleges that Mr. Zoucha and others have advertised,

9 offered for sale, copied, distributed, and sold copied or counterfeit video game software for use with

10 PSP® devices.  On August 21, 2008, SCEA served Mr. Zoucha with the Complaint.  Subsequently, on

11 August 22, 2008, Mr. Zoucha agreed to immediately cease the conduct complained of in the

12 Complaint and to turn over to SCEA the devices in his possession used to modify PSP® devices.

13 Accordingly, SCEA and Mr. Zoucha hereby stipulate to entry of a preliminary injunction.

14

15                        **STIPULATED ORDER**

16        **ACCORDINGLY, IT IS HEREBY ORDERED THAT** Mr. Zoucha, whether as an

17 individual or as a principal, officer, director or employee of any business entity, and his agents,

18 servants, employees, and any and all persons in active concert or participation with him who receive

19 notice of this Order, shall be and hereby are preliminarily enjoined and restrained during the pendency

20 of this action from advertising, offering, selling, and distributing:

21          A.      Services for the modification, "modding," or "unbricking" of PSP® devices, or any

22                      other computer entertainment systems distributed by SCEA.

23          B.      Software and hardware, including batteries or other devices, used for the modification,

24                      "modding," or "unbricking" of PSP® devices, or of any other computer entertainment

25 ─────────────────

26 [1]      SCEA is engaged in the business of marketing and distributing computer video game console hardware, including the PSP® (PlayStation® Portable) handheld computer entertainment system, and

27 of developing, marketing, and distributing video game software, including software that operates with the PSP® device.  SCEA owns various trademarks, copyrights, and other intellectual property as

28 described in the Complaint.

1          systems distributed by SCEA.

2     C.    Modified or "unbricked" PSP® devices, or any other modified computer entertainment

3          systems distributed by SCEA.

4     D.    Copied, downloaded, or counterfeit videogame software playable on PSP® devices or

5          any other computer entertainment systems distributed by SCEA, including without

6          limitation, the video game titles identified at paragraphs 41 and 47 of the Complaint.

7

8     **IT IS FURTHER ORDERED** that Mr. Zoucha, whether as an individual or as a principal,

9  officer, director or employee of any business entity, and his agents, servants, employees, and any and

10  all persons in active concert or participation with him who receive notice of this Order, shall be and

11  hereby are preliminarily enjoined and restrained during the pendency of this action from in any way

12  assisting others, or participating with them, in actions which, if performed by Mr. Zoucha, would be

13  prohibited by paragraphs A through D above.

14

15     **IT IS FURTHER ORDERED** that Mr. Zoucha, whether as an individual or as a principal,

16  officer, director or employee of any business entity, and his agents, servants, employees, and any and

17  all persons in active concert or participation with him who receive notice of this Order, shall be and

18  hereby are preliminarily enjoined and restrained during the pendency of this action from engaging in

19  any activity that infringes SCEA's trademarks or copyrights or constitutes unfair competition or

20  deceptive practices against SCEA.

21

22     **IT IS FURTHER ORDERED** that Mr. Zoucha, whether as an individual or as a principal,

23  officer, director or employee of any business entity, and his agents, servants, employees, and any and

24  all persons in active concert or participation with him who receive notice of this Order, shall be and

25  hereby are preliminarily enjoined and restrained during the pendency of this action from moving,

26  discarding, destroying, transferring, or otherwise disposing of any documents, including electronic

27  files and computer files, related to the activities complained of in the Complaint and from moving,

28  discarding, destroying, transferring, or otherwise disposing of any evidence related to the activities

1   complained of in the Complaint, including any copied software, batteries, PSP® devices, and other

2   devices (except for providing such documents, evidence, and devices to SCEA's counsel).

3   **IT IS SO STIPULATED.**

4

5   DATED: September 18, 2008          Respectfully submitted,

6                                       TOWNSEND AND TOWNSEND AND CREW LLP

7

8                                       By: _____

9                                           TIMOTHY R. CAHN
                                            HOLLY GAUDREAU

10                                      Attorneys for Plaintiff
                                        SONY COMPUTER ENTERTAINMENT AMERICA INC.

11

12

13

14  DATED:  September 18, 2008          By: _____
                                            TIMOTHY JOEY ZOUCHA, JR.

15

16

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19  DATED: _____        _____

20                                          HON. SUSAN ILLSTON

21

22

23

24  61476935 v1

25

26

27

28

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: **STIPULATED PRELIMINARY INJUNCTION AND ORDER** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

Carver Clark Farrow, II
The Farrow Law Firm, PC
3031 Tisch Way, Suite 500
San Jose, CA 95128
*Attorney for Gabriel Garcia a/k/a Gabriel Garcia Palacios*

Timothy Joey Zoucha, Jr.
815 Deland Avenue, #3
San Jose, CA 95128

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: September 19, 2008

Shelley Lott

61507816 v1

STIPULATED PRELIMINARY INJUNCTION AND ORDER
Case No. C08-03954 SI

- 4 -

## PROOF OF SERVICE
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and am not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: **STIPULATED PRELIMINARY INJUNCTION AND [PROPOSED] ORDER** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Carver Clark Farrow, II | Timothy Joey Zoucha, Jr. |
| The Farrow Law Firm, PC | 815 Deland Avenue, #3 |
| 3031 Tisch Way, Suite 500 | San Jose, CA 95128 |
| San Jose, CA 95128 | |
| *Attorney for Gabriel Garcia a/k/a Gabriel* | |
| *Garcia Palacios* | |

☒     [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐     [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐     [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐     [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐     [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: September 19, 2008

Shelley Lott

61507816 v1

STIPULATED PRELIMINARY INJUNCTION AND ORDER
Case No. C08-03954 SI

- 4 -