1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  jggilliland@townsend.com
   TIMOTHY R. CAHN (State Bar No. 162136)
3  trcahn@townsend.com
   HOLLY GAUDREAU (State Bar No. 209114)
4  hgaudreau@townsend.com
   Two Embarcadero Center, 8th Floor
5  San Francisco, California 94111
   Telephone: (415) 576-0200
6  Facsimile: (415) 576-0300

7  JENNIFER Y. LIU (State Bar No. 164618)
   jennifer_liu@playstation.sony.com
8  SONY COMPUTER ENTERTAINMENT AMERICA INC.
   919 East Hillsdale Boulevard, 2nd Floor
9  Foster City, California 94404
   Telephone: (650) 655-8000
10 Facsimile: (650) 655-8042

11 Attorneys for Plaintiff
   SONY COMPUTER ENTERTAINMENT AMERICA INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16 SONY COMPUTER ENTERTAINMENT          Case No.   C08-03954 SI
   AMERICA INC., a Delaware Corporation,
17                                      **STIPULATED PRELIMINARY
                 Plaintiff,             INJUNCTION AND [PROPOSED]
18                                      ORDER RE: EXPEDITED
           v.                           DISCOVERY**
19
   GABRIEL GARCIA a/k/a GABRIEL GARCIA
20 PALACIOS, an individual, d/b/a GABE'S   Hon. Susan Illston
   REPAIR/HOME NETWORKING AND
21 VIDEO GAME MOD SERVICE; TIMOTHY
   JOEY ZOUCHA, JR., an individual; DOES 1-
22 20 inclusive,

23               Defendants.

STIPULATED ORDER RE: EXPEDITED DISCOVERY
Case No. C08-03954 SI

INTRODUCTION

On August 19, 2008, Plaintiff Sony Computer Entertainment America Inc. ("Plaintiff" or "SCEA")[1] filed with the United States District Court for the Northern District of California (the "Court") a Complaint for Damages and Injunctive Relief against Defendant Timothy Joey Zoucha, Jr. ("Defendant" or "Mr. Zoucha") and others. The Complaint alleges that Mr. Zoucha, and others, have advertised, including on Craigslist.org, have offered for sale, and have sold services and devices for the modification of PSP® devices to enable the downloading and playing of copied or counterfeit video game software. The Complaint further alleges that Mr. Zoucha and others have advertised, offered for sale, copied, distributed, and sold copied or counterfeit video game software for use with PSP® devices. On August 21, 2008, SCEA served Mr. Zoucha with the Complaint. Subsequently, on August 22, 2008, Mr. Zoucha agreed to immediately cease the conduct complained of in the Complaint and to turn over to SCEA the devices in his possession used to modify PSP® devices. Accordingly, on September 18, 2008, SCEA and Mr. Zoucha stipulated to entry of a preliminary injunction. SCEA and Mr. Zoucha further hereby stipulate to entry of an order of expedited discovery.

STIPULATED ORDER

**ACCORDINGLY, IT IS HEREBY ORDERED THAT** because the parties have agreed to proceed with expedited discovery and because such expedition here serves the prompt and efficient administration of justice:

1. SCEA is relieved of the discovery timing requirements under Fed. R. Civ. P. 26(d), 26(f) and may immediately serve discovery on Mr. Zoucha, as well as serve Rule 45 discovery, if any, upon third parties and need not wait until after a Rule 26(f) conference before doing so.

2. Mr. Zoucha shall, upon request by SCEA's counsel, appear for a deposition, in accordance with Rule 30 of the Federal Rules of Civil Procedure, at a place and time, agreed upon by

---

[1] SCEA is engaged in the business of marketing and distributing computer video game console hardware, including the PSP® (PlayStation® Portable) handheld computer entertainment system, and of developing, marketing, and distributing video game software, including software that operates with the PSP® device. SCEA owns various trademarks, copyrights, and other intellectual property as described in the Complaint.

STIPULATED ORDER RE: EXPEDITED DISCOVERY
Case No. C08-03954 SI

- 1 -

the parties.

3. Mr. Zoucha shall deliver to SCEA's counsel by or before 5:30 p.m. on September 18, 2008 all copied or counterfeit video game software, playable on PSP® devices, that has been offered or distributed to customers.

4. Mr. Zoucha shall deliver to SCEA's counsel by or before 5:30 p.m. on September 18, 2008, all batteries and all other hardware and software used in the modification, "modding," or "unbricking" of PSP® devices.

5. Mr. Zoucha shall deliver to SCEA's counsel by, or before, 5:30 p.m. on September 18, 2008, all of the below-described documents, including electronic mail, word files, PDF files, Lotus Notes files, Excel spreadsheet formats, and HTML documents:

    (a) All documents that reflect, record, or relate to communications at any time between Mr. Zoucha, or any company affiliated with him, and any source, or potential source, of (i) copies of video game software playable on PSP® devices, and (ii) batteries, software, and/or other devices used in the modification of PSP® devices.

    (b) All documents that reflect, record, or relate to communications at any time between Mr. Zoucha, or any company affiliated with him, and any customer or potential customer of the services of modifying PSP® devices or distributing copied or downloaded video game software.

    (c) All documents (including without limitation purchase orders, sales orders, invoices, drafts, credit card statements, PayPal records, bank statements, canceled checks and deposit slips ) that reflect, record, or relate to any sales or potential sales of the services of modifying PSP® devices or distributing copied or downloaded video game software.

    (d) All documents (including without limitation credit card statements, PayPal records, bank statements, canceled checks and deposit slips), that reflect, record, or relate to any payments made or attempted by Mr. Zoucha for the purchase of (i) copies of video game software playable on PSP® devices, and (ii) batteries, software, and other devices used in the modification of PSP® devices or that reflect, record, or relate to any payments made to Mr. Zoucha for modifying PSP® devices or distributing copied or downloaded video game software.

STIPULATED ORDER RE: EXPEDITED DISCOVERY
Case No. C08-03954 SI

- 2 -

      (e)    Documents (such as handwritten notes, lists, notebooks, email correspondence, and email "contacts" files) sufficient to identify (i) all sources or potential sources of the copied video game software and/or modifying batteries and devices; (ii) all customers or potential customers of Mr. Zoucha's modifying services and video game distribution; and (iii) all other persons or companies known to Mr. Zoucha who are engaged in the business of modifying PSP® devices or distributing copied video game software.

      (f)    All documents (whether in Word, PDF, Lotus, Excel or any other format) that summarize, record, tabulate, or track any and all purchases or sales of PSP® modifying devices and copied video game software.

      (g)    All documents (including manuals and instruction books) that provide instructions on the modifying of PSP® devices or loading of copied video game software.

6.    Mr. Zoucha shall, upon request by SCEA's counsel, promptly deliver to SCEA's counsel for inspection all computers, memory sticks, hard drives, computer discs, and computer files used at any time by Mr. Zoucha or affiliated persons for any transactions, potential transactions, or correspondence related to modified PSP® devices and copied video game software.

**IT IS SO STIPULATED.**

DATED: September 18, 2008

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
TIMOTHY R. CAHN
HOLLY GAUDREAU

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA INC.

///
///
///
///

STIPULATED ORDER RE: EXPEDITED DISCOVERY
Case No. C08-03954 SI

- 3 -

1  DATED: September 18 2008    By: _____
2                                   TIMOTHY JOEY ZOUCHA, JR.

3

4  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5

6  DATED: _____    _____
                                      HON. SUSAN ILLSTON

7

8

9

10

11  61476935 v1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: **STIPULATED PRELIMINARY INJUNCTION AND [PROPOSED] ORDER RE: EXPEDITED DISCOVERY** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

Carver Clark Farrow, II
The Farrow Law Firm, PC
3031 Tisch Way, Suite 500
San Jose, CA 95128
*Attorney for Gabriel Garcia a/k/a Gabriel Garcia Palacios*

Timothy Joey Zoucha, Jr.
815 Deland Avenue, #3
San Jose, CA 95128

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: September 19, 2008

_____
Shelley Lott

61508185 v1

STIPULATED ORDER RE: EXPEDITED DISCOVERY
Case No. C08-03954 SI

- 5 -