TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
jggilliland@townsend.com
TIMOTHY R. CAHN (State Bar No. 162136)
trcahn@townsend.com
HOLLY GAUDREAU (State Bar No. 209114)
hgaudreau@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

JENNIFER Y. LIU (State Bar No. 164618)
jennifer_liu@playstation.sony.com
SONY COMPUTER ENTERTAINMENT AMERICA INC.
919 East Hillsdale Boulevard, 2nd Floor
Foster City, California 94404
Telephone: (650) 655-8000
Facsimile: (650) 655-8042

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL GARCIA a/k/a GABRIEL GARCIA PALACIOS, an individual, d/b/a GABE'S REPAIR/HOME NETWORKING AND VIDEO GAME MOD SERVICE; TIMOTHY JOEY ZOUCHA, JR., an individual; DOES 1-20 inclusive,<br><br>Defendants. | Case No. C08-03954 SI<br><br>**STIPULATED PRELIMINARY INJUNCTION AND [PROPOSED] ORDER**<br><br>Hon. Susan Illston |

## INTRODUCTION

On August 19, 2008, Plaintiff Sony Computer Entertainment America Inc. ("Plaintiff" or "SCEA")[1] filed with the United States District Court for the Northern District of California (the "Court") a Complaint for Damages and Injunctive Relief against Defendant Gabriel Garcia ("Defendant" or "Mr. Garcia") and others. The Complaint alleges that Mr. Garcia, and others, have advertised, including on Craigslist.org, have offered for sale, and have sold services and devices for the modification of PSP® devices to enable the downloading and playing of copied or counterfeit video game software. The Complaint further alleges that Mr. Garcia and others have advertised, offered for sale, copied, distributed, and sold copied or counterfeit video game software for use with PSP® devices. On August 20, 2008, SCEA served Mr. Garcia with the Complaint. Subsequently, on August 25, 2008, Mr. Garcia agreed to immediately cease the conduct complained of in the Complaint and to turn over to SCEA the devices in his possession used to modify PSP® devices. Accordingly, SCEA and Mr. Garcia hereby stipulate to entry of a preliminary injunction.

## STIPULATED ORDER

**ACCORDINGLY, IT IS HEREBY ORDERED THAT** Mr. Garcia, whether as an individual or as a principal, officer, director or employee of any business entity, and his agents, servants, employees, and any and all persons in active concert or participation with him who receive notice of this Order, shall be and hereby are preliminarily enjoined and restrained during the pendency of this action from advertising, offering, selling, and distributing:

    A. Services for the modification, "modding," or "unbricking" of PSP® devices, or any other computer entertainment systems distributed by SCEA.

    B. Software and hardware, including batteries or other devices, used for the modification, "modding," or "unbricking" of PSP® devices, or of any other computer entertainment

---

[1] SCEA is engaged in the business of marketing and distributing computer video game console hardware, including the PSP® (PlayStation® Portable) handheld computer entertainment system, and of developing, marketing, and distributing video game software, including software that operates with the PSP® device. SCEA owns various trademarks, copyrights, and other intellectual property as described in the Complaint.

STIPULATED PRELIMINARY INJUNCTION AND [PROPOSED] ORDER
Case No. C08-03954 SI

- 1 -

        systems distributed by SCEA.

    C.     Modified or "unbricked" PSP® devices, or any other modified computer entertainment systems distributed by SCEA.

    D.     Copied, downloaded, or counterfeit videogame software playable on PSP® devices or any other computer entertainment systems distributed by SCEA, including without limitation, the video game titles identified at paragraphs 41 and 47 of the Complaint.

**IT IS FURTHER ORDERED** that Mr. Garcia, whether as an individual or as a principal, officer, director or employee of any business entity, and his agents, servants, employees, and any and all persons in active concert or participation with him who receive notice of this Order, shall be and hereby are preliminarily enjoined and restrained during the pendency of this action from in any way assisting others, or participating with them, in actions which, if performed by Mr. Garcia, would be prohibited by paragraphs A through D above.

**IT IS FURTHER ORDERED** that Mr. Garcia, whether as an individual or as a principal, officer, director or employee of any business entity, and his agents, servants, employees, and any and all persons in active concert or participation with him who receive notice of this Order, shall be and hereby are preliminarily enjoined and restrained during the pendency of this action from engaging in any activity that infringes SCEA's trademarks or copyrights or constitutes unfair competition or deceptive practices against SCEA.

**IT IS FURTHER ORDERED** that Mr. Garcia, whether as an individual or as a principal, officer, director or employee of any business entity, and his agents, servants, employees, and any and all persons in active concert or participation with him who receive notice of this Order, shall be and hereby are preliminarily enjoined and restrained during the pendency of this action from moving, discarding, destroying, transferring, or otherwise disposing of any documents, including electronic files and computer files, related to the activities complained of in the Complaint and from moving, discarding, destroying, transferring, or otherwise disposing of any evidence related to the activities

1  complained of in the Complaint, including any copied software, batteries, PSP® devices, and other
2  devices (except for providing such documents, evidence, and devices to SCEA's counsel).

3

4  **IT IS SO STIPULATED.**

5

6  DATED: ~~September~~ October 1, 2008          Respectfully submitted,

7                                                 TOWNSEND AND TOWNSEND AND CREW LLP

8

9                                                 By: /s/ Holly Gaudreau
10                                                    TIMOTHY R. CAHN
                                                      HOLLY GAUDREAU
11
                                                   Attorneys for Plaintiff
12                                                 SONY COMPUTER ENTERTAINMENT AMERICA INC.

13

14

15  DATED: September 30, 2008                      THE FARROW LAW FIRM

16                                                 By: /s/ Carver C. Farrow, II
                                                      CARVER CLARK FARROW, II
17

18                                                 Attorneys for Defendant
                                                   GABRIEL GARCIA
19

20

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22                                                 /s/ Susan Illston

23  DATED: _____                 _____
                                                   HON. SUSAN ILLSTON
24

25

26

27
    61514059 v1
28

STIPULATED PRELIMINARY INJUNCTION AND [PROPOSED] ORDER                                    - 3 -
Case No. C08-03954 SI

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: **STIPULATED PRELIMINARY INJUNCTION AND [PROPOSED] ORDER** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Carver Clark Farrow, II<br>The Farrow Law Firm, PC<br>3031 Tisch Way, Suite 500<br>San Jose, CA 95128<br>*Attorney for Gabriel Garcia a/k/a Gabriel Garcia Palacios* | Timothy Joey Zoucha, Jr.<br>815 Deland Avenue, #3<br>San Jose, CA 95128 |

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: October 1, 2008

Shelley Lott

61514059 v1

STIPULATED PRELIMINARY INJUNCTION AND [PROPOSED] ORDER
Case No. C08-03954 SI

- 4 -