TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
jggilliland@townsend.com
TIMOTHY R. CAHN (State Bar No. 162136)
trcahn@townsend.com
HOLLY GAUDREAU (State Bar No. 209114)
hgaudreau@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

JENNIFER Y. LIU (State Bar No. 164618)
jennifer_liu@playstation.sony.com
SONY COMPUTER ENTERTAINMENT AMERICA INC.
919 East Hillsdale Boulevard, 2nd Floor
Foster City, California 94404
Telephone: (650) 655-8000
Facsimile: (650) 655-8042

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL GARCIA a/k/a GABRIEL GARCIA PALACIOS, an individual, d/b/a GABE'S REPAIR/HOME NETWORKING AND VIDEO GAME MOD SERVICE; TIMOTHY JOEY ZOUCHA, JR., an individual; DOES 1-20 inclusive,<br><br>Defendants. | Case No. C 08-03954 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION AND NON-EXPERT DISCOVERY DEADLINES**<br><br>Hon. Susan Illston |

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION AND NON-EXPERT DISCOVERY DEADLINES
Case No. C 08-03954 SI

The Court granted the parties' stipulation selecting mediation as the ADR process, setting the deadline to complete mediation within 90 days of the November 18, 2008 order (i.e., by February 17, 2009). Since then, Plaintiff Sony Computer Entertainment America Inc. ("SCEA"), Defendant Gabriel Garcia ("Defendant Garcia") and Defendant Timothy Zoucha ("Defendant Zoucha") have been engaged in settlement discussions and have made progress toward resolution of the action. During this time, counsel for SCEA has communicated with the ADR office regarding the deadline for mediation and has kept the ADR office apprised of the status of the case. Because SCEA was awaiting the production of documents by third parties in response to subpoenas (information necessary for SCEA to determine the scope and duration of defendants' illegal activities), as well as information from Defendant Garcia, settlement discussions have taken longer than expected.

The ADR office has informed counsel for SCEA that it is not able to schedule mediation until defendants have filed formal appearances. However, in light of their settlement discussions, SCEA has granted the defendants extensions to respond to SCEA's complaint to allow negotiations to continue without having defendants incur any unnecessary expense.

At the Initial Case Management Conference held on December 5, 2008, the Court set the close of non-expert discovery for March 30, 2009. Because mediation has not yet been scheduled, SCEA and Defendant Garcia wish to extend the close of non-expert discovery. Accordingly, SCEA and Defendant Garcia have conferred and hereby stipulate, subject to approval by the Court and pursuant to Local Rule 6-2, to extend the mediation and non-expert discovery deadlines as follows:

| | |
|---|---|
| Close of non-expert discovery | May 11, 2009 |
| Last day for completion of mediation | May 20, 2009 |

The parties have not made any prior requests for schedule modifications in this case. This extension is sought for good cause and will not alter any other dates set at the Initial Case Management Conference. The parties will use this additional time to continue their settlement negotiations.

Counsel for SCEA has attempted to reach Defendant Zoucha, who is not represented by

- 1 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION AND NON-EXPERT DISCOVERY DEADLINES
Case No. C 08-03954 SI

counsel, to obtain his consent to the filing of this stipulation. Counsel has left telephone voice mail messages detailing the request of extending the deadlines as set forth above, but Defendant Zoucha has not yet returned counsel's calls. Counsel for SCEA will continue their attempts to reach Defendant Zoucha and will apprise him of the Court's order on this stipulation.

Given the impending deadline on non-expert discovery and because mediation has not yet been scheduled, SCEA and Defendant Garcia respectfully request that the Court approve the mediation and non-expert discovery deadlines as set forth above.

DATED: February 24, 2009     Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By:     /s/ Holly Gaudreau
        JAMES G. GILLILAND, JR.
        TIMOTHY R. CAHN
        HOLLY GAUDREAU

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA INC.


THE FARROW LAW FIRM

DATED: February 24, 2009     By:     /s/ Carver Clark Farrow
                                     CARVER CLARK FARROW, II

Attorneys for Defendant
GABRIEL GARCIA

- 2 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION AND NON-EXPERT DISCOVERY DEADLINES
Case No. C 08-03954 SI

**GENERAL ORDER ATTESTATION**

I, Holly Gaudreau, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY AND ADR DEADLINES. In compliance with General Order 45, X.B., I hereby attest that Carver Clark Farrow, II has concurred in this filing.

 /s/ Holly Gaudreau
HOLLY GAUDREAU

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    _____
                             The Honorable Susan Illston
                             United States District Court Judge

61805466 v1

- 4 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION AND NON-EXPERT DISCOVERY DEADLINES
Case No. C 08-03954 SI

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: **STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION AND NON-EXPERT DISCOVERY DEADLINES** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Carver Clark Farrow, II<br>The Farrow Law Firm, PC<br>3031 Tisch Way, Suite 500<br>San Jose, CA 95128<br>*Attorney for Gabriel Garcia a/k/a Gabriel Garcia Palacios* | Timothy Joey Zoucha, Jr.<br>228 – 36th Avenue, Apt. B<br>San Mateo, CA 94403 |

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: February 24, 2009

_____
Laureen D. Finger

61805466 v1

- 5 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION AND NON-EXPERT DISCOVERY DEADLINES
Case No. C 08-03954 SI