TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
jggilliland@townsend.com
TIMOTHY R. CAHN (State Bar No. 162136)
trcahn@townsend.com
HOLLY GAUDREAU (State Bar No. 209114)
hgaudreau@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

JENNIFER Y. LIU (State Bar No. 164618)
jennifer_liu@playstation.sony.com
SONY COMPUTER ENTERTAINMENT AMERICA INC.
919 East Hillsdale Boulevard, 2nd Floor
Foster City, California 94404
Telephone: (650) 655-8000
Facsimile: (650) 655-8042

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL GARCIA a/k/a GABRIEL GARCIA PALACIOS, an individual, d/b/a GABE'S REPAIR/HOME NETWORKING AND VIDEO GAME MOD SERVICE; TIMOTHY JOEY ZOUCHA, JR., an individual; DOES 1-20 inclusive,<br><br>Defendants. | Case No. C 08-03954 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE**<br><br>Hon. Susan Illston |

On February 27, 2009, the Court granted the parties' stipulation to extend the deadline for completion of mediation by May 20, 2009. Since that time, Plaintiff Sony Computer Entertainment America Inc. ("SCEA"), Defendant Gabriel Garcia ("Defendant Garcia") and Defendant Timothy Zoucha ("Defendant Zoucha") have made significant progress toward resolution of the action. SCEA and Defendant Zoucha have tentatively resolved the matter between them and are finalizing the terms of settlement. SCEA and Defendant Garcia have actively engaged in settlement negotiations, and have participated in a telephone conference with Ellen Beilock, the mediator assigned to the case, to discuss the scheduling of mediation.

Due to scheduling issues and because the parties are close to resolving the action, SCEA and Defendant Garcia request that the deadline for mediation be extended for another 30 days, up until June 20, 2009. SCEA and Defendant Garcia have notified the mediator of their request.

SCEA and Defendant Garcia have made one prior request to extend the deadline for mediation until May 20, 2009. This request is sought for good cause and will not alter any other dates set at the Initial Case Management Conference. Accordingly, SCEA and Defendant Garcia respectfully request that the Court approve the 30 day extension of the mediation deadline, up and until June 20, 2009.

DATED: May 19, 2009

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Holly Gaudreau
    JAMES G. GILLILAND, JR.
    TIMOTHY R. CAHN
    HOLLY GAUDREAU

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA INC.

THE FARROW LAW FIRM

DATED: May 19, 2009

By: /s/ Carver Clark Farrow
    CARVER CLARK FARROW, II

Attorneys for Defendant
GABRIEL GARCIA

- 1 -

## GENERAL ORDER ATTESTATION

I, Holly Gaudreau, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE. In compliance with General Order 45, X.B., I hereby attest that Carver Clark Farrow, II has concurred in this filing.

/s/ Holly Gaudreau
HOLLY GAUDREAU

- 2 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE
Case No. C 08-03954 SI

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

*/s/ Susan Illston*
The Honorable Susan Illston
United States District Court Judge

61933486 v1

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: **STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

Carver Clark Farrow, II
The Farrow Law Firm, PC
3031 Tisch Way, Suite 500
San Jose, CA 95128
*Attorney for Gabriel Garcia a/k/a Gabriel Garcia Palacios*

Timothy Joey Zoucha, Jr.
228 – 36th Avenue, Apt. B
San Mateo, CA 94403

<u>Mediator</u>
Ellen Beilock, Esq.
TechADR
222 Kearny Street, Seventh Floor
San Francisco, CA 94108-4521
Telephone: 415-677-0880
Fax: 415-676-3165

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: May 19, 2009

/s/ Shelley Lott
Shelley Lott

61933486 v1

- 4 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE
Case No. C 08-03954 SI